

U.S. Department of Justice

Criminal Division

*Criminal Division, Fraud Section*
*1400 New York Avenue, NW*
*Washington, D.C. 20530*

October 21, 2019

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Alexander Burns and Andrew Scherr*, 18-cv-9477

Dear Judge Schofield:

  As directed in the Court's Order dated June 10, 2019, the Government submits this report to update the Court on the status of the pending criminal proceedings against Andrew Scherr and Robert McGraw in the Northern District of Texas (*United States v. Andrew Scherr and Robert McGraw*, No. 3:19-cr-225(S), N.D. Tex.).

  Since the government's last status letter, which was filed September 5, 2019, the government has continued to provide discovery to the defendants on a rolling basis and has nearly completed its discovery productions. The government anticipates filing a joint pretrial order on October 30, 2019, in accordance with the July 31, 2019 Order issued by Judge Karen Gren Scholer.

  Given that the criminal case in the Northern District of Texas remains pending and the Court has not yet set a pretrial schedule, the Government respectfully requests that the proceedings in the case before this Court remain stayed. Pursuant to the Court's June 10, 2019 order, the Government will provide the Court with another report regarding the status of the criminal proceedings pending in the Northern District of Texas on or before 45 days from today's date.

            Respectfully submitted,

            */s/ Caitlin Cottingham*
            Caitlin Cottingham
            Danny Nguyen
            U.S. Department of Justice

2

cc: Timothy Capozzi, Esq. (by email)
  Michael Tremonte, Esq.  (by email)
  David E. Danovitch, Esq. (by email)
  Peter R. Ginsberg, Esq. (by email)
  Kevin McGrath, Esq. (by email)
  Thomas Smith, Esq. (by email)