# SHER TREMONTE LLP

September 10, 2021

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

Defendant's application to file an unredacted version of the letter under seal is **GRANTED**. The parties shall file the joint status letter with a proposed schedule by **December 31, 2021.**

So Ordered.

Date: September 13, 2021
New York, New York

Re:    *SEC v. Burns et al.*, 18 Civ. 9477 (LGS)

Dear Judge Schofield:

We represent Alexander Burns, one of the defendants in the above-referenced case. We write to respectfully request permission to file an unredacted version of the letter, filed with proposed redactions concurrently herewith, under seal. This request is warranted because the redacted portions of the letter discuss a pending matter that is itself under seal.

Pursuant to Your Honor's Individual Rule D.3, an unredacted version of this letter, with its proposed redactions highlighted, is also being filed under seal at this time.

We thank the Court for its consideration.

Respectfully submitted,

/s/
Noam Biale
SHER TREMONTE LLP

cc:    SEC counsel (by ECF)

# SHER TREMONTE LLP

September 10, 2021

**VIA ECF (UNREDACTED VERSION UNDER SEAL)**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *SEC v. Burns et al.*, 18 Civ. 9477 (LGS)

Dear Judge Schofield:

    We represent Alexander Burns, one of the defendants in the above-referenced case. We write in response to the Court's order, dated August 31, 2021, directing that the parties to file a joint letter proposing next steps and deadlines in the case. Dkt. # 55. Because this letter discusses a matter currently under seal, we respectfully request that we be permitted to file a redacted version of this letter on the public docket and file an unredacted version of this letter under seal.



Hon. Lorna G. Schofield
September 10, 2021
Page 2

███████████████████████████████████████
███████████████████████████████████████
███████████

                                                Respectfully submitted,

                                                /s/
                                              Noam Biale
                                              SHER TREMONTE LLP

cc:    SEC counsel (by ECF)
        Andrew Scherr (redacted letter) by email